IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.        //    CRIMINAL ACTION NO. 1:09CR61
                          CIVIL ACTION NO. 1:11CV77
                               (Judge Keeley)

**JAMES RAMAGE,**

        Defendant.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [CRIM. DKT. NO. 99, CIV. DKT. NO. 2], AND DENYING WITHOUT PREJUDICE PETITIONER'S § 2255 PETITION AS PREMATURE [CRIM. DKT. NO. 96, CIV. DKT. NO. 1]**

On May 19, 2011, the Honorable David J. Joel, United States Magistrate Judge ("Magistrate Judge Joel"), issued a Report and Recommendation ("R&R") recommending that the Court deny without prejudice the petition for a writ of habeas corpus filed by the pro se petitioner, James Ramage ("Ramage"), because his pending petition for a writ of certiorari before the Supreme Court of the United States on direct appeal rendered his habeas petition premature. The R&R also specifically warned Ramage that his failure to object to the R&R within fourteen days of receipt of it would result in the waiver of any appellate rights on these issues.[1]

---

[1] The failure to object to the R&R not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See

To date, although the Supreme Court of the United States has since denied Ramage's petition for a writ of <u>certiorari</u> (crim. dkt. no. 105), Ramage has failed to object to Magistrate Judge Joel's R&R. Accordingly, the Court **ADOPTS** the R&R in its entirety (crim. dkt. no. 96, civ. dkt. no. 1), and **DENIES** Ramage's § 2255 petition **WITHOUT PREJUDICE** (crim. dkt. no. 96, civ. dkt. no. 1). To seek relief under § 2255, Ramage must re-file a habeas petition.

It is so **ORDERED.**

Pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, this Court declines to issue a certificate of appealability as Ramage has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong) (citing <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)).

---

<u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985); <u>Wells v. Shriners Hosp.</u>, 109 F.3d 198, 199-00 (4th Cir. 1997).

**UNITED STATES V. RAMAGE**                                                          **1:09CR61**
                                                                                                     **1:11CV77**

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [CRIM. DKT. NO. 99, CIV. DKT. NO. 2], AND DENYING WITHOUT PREJUDICE PETITIONER'S § 2255 PETITION AS PREMATURE [CRIM. DKT. NO. 96, CIV. DKT. NO. 1]**

The Court directs the Clerk to transmit a copy of this Order to counsel of record, and all appropriate agencies, and to mail a copy to the defendant, James Ramage, via certified mail, return receipt requested.

DATED: June 27, 2011.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE